# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ZEEV FRIEDMAN D/B/A THE FRIEDMAN LAW FIRM, | ) ) ) |
| Plaintiff, | ) CASE NO.:  1:19-CV-02546 ) |
| v. | ) JUDGE DAN AARON POLSTER ) |
| BROTHER INTERNATIONAL CORPORATION, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41, the parties stipulate that the within Action is dismissed with prejudice, each party to bear their own costs.

Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
April 2, 2020

| | |
|---|---|
| Dated:  April 1, 2020 | Respectfully submitted, |
| */s/ Michael D. Adams (via email consent)* | /s/ *Nicole T. Fiorelli* |
| Andrew G. Fiorella (0077005) | Patrick J. Perotti, Esq. (0005481) |
| Nathan P. Nasrallah (0096181) | Nicole T. Fiorelli, Esq. (0079204) |
| **BENESCH, FRIEDLANDER,** | Frank A. Bartela, Esq. (0088128) |
| **COPLAN & ARONOFF LLP** | **DWORKEN & BERNSTEIN CO., L.P.A.** |
| 200 Public Square, Suite 2300 | 60 South Park Place |
| Cleveland, Ohio  44114-2378 | Painesville, Ohio  44077 |
| Telephone:     (216) 363-4500 | Telephone:     (440) 352-3391 |
| Facsimile:      (216) 363-4588 | E-Mail:          pperotti@dworkenlaw.com |
| E-Mail:          afiorella@beneschlaw.com | nfiorelli@dworkenlaw.com |
| nnasrallah@beneschlaw.com | fbartela@dworkenlaw.com |
| Michael D. Adams (*Admitted Pro Hac Vice*) | *Attorneys for Plaintiff Zeev Friedman, Esq.* |
| **RUTAN & TUCKER, LLP** | *d/b/a The Friedman Law Firm* |
| 611 Anton Blvd., 14th Floor | |
| Costa Mesa, California  92626 | |
| Telephone:     (714) 338-1855 | |
| Facsimile:      (714) 546-9035 | |
| E-Mail:          madams@rutan.com | |

*Attorneys for Defendant Brother Int'l Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2020, a copy of the foregoing *Stipulation of Dismissal with Prejudice* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

       */s/ Nicole T. Fiorelli*
      Nicole T. Fiorelli (#0079204)
      **DWORKEN & BERNSTEIN CO., LPA**

*One of the Attorneys for Plaintiff*